CAM 118-EDKY 6/96

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**

**FORM REGARDING EXHAUSTION OF ADMINISTRATIVE REMEDIES**

NAME Jared Andrews  ACTION NO. _____

PLACE YOU WERE CONFINED WHEN COMPLAINED OF ACTIONS HAPPENED:
Luther Luckett Correctional Complex

1. Is there a prisoner grievance procedure in the institution where this happened?

    Yes (X)    No ( )

2. Did you present the facts relating to your complaint in the prisoner grievance procedure?

    Yes (X)    No ( )

3. If your answer is YES,

    A. Who did you tell? The Administration

    B. What was the result?
    They issued a Prea investigation and stated it was unfounded but the camera will reflect.

4. If your answer is NO, explain why not.

    _____
    _____

5. If there is no prison grievance procedure in the institution, did you complain to prison authorities?

    Yes ( )    No ( )

6. If your answer is YES,

    A. Who did you tell? _____

    B. What was the result?
    _____
    _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 7-71-18
            Date

_Jared Andrews_
Signature of Plaintiff/Petitioner

35

## COMMISSIONER'S REVIEW

### PREA GREIVANCE

**REVIEW AND DECISION**

**DATE OF DECISION**
7/27/2018

Jared Andrews #290943
Luther Luckett Correctional Complex
Dawkins Road Box 6
LaGrange, KY 40031

RE: Grievance # 18-660

Below, you will find the Commissioner's decision in regard to your grievance(s). A copy of the Commissioner's decision has been sent to Warden Scott Jordan, Dagon Moon, Grievance Coordinator and the Inmate Grievance Aide for their information.

I have reviewed your grievance. A PREA investigation was initiated based upon the allegations contained in the grievance. Based upon the investigation your allegations have been determined to be unfounded. On the night in question the staff member in question had a camera to record inmate behavior in cell 201 in RHU. The staff member inadvertently filmed the wrong cell for approximately 6 seconds before he discovered the error. There is no indication that this was a deliberate act to film you taking a shower. There is also no evidence that staff were making fun of your genitals. Therefore, I concur with the facility on this matter. No further response necessary.

COMMISSIONER'S SIGNATURE

**ORIGINAL**

Rev. /2006

Attachment I
CPP 14.6

## DEPARTMENT OF CORRECTIONS
## INMATE GRIEVANCE FORM

LUTHER LUCKETT CORRECTIONAL COMPLEX
NAME OF INSTITUTION

DATE FILED: 7/17/2018

| Jared Andrews | # 18-660 |
| GRIEVANT NAME | GRIEVANCE NUMBER |
| # 290943 | RHU |
| GRIEVANT NUMBER | UNIT/HOUSING ASSIGNMENT |

SUBJECT MATTER OF GRIEVANCES (Circle One)

1. Department Regulations
2. Canteen
3. **Conflict with Staff (PREA)**
4. Food
5. Furloughs
6. Inmate Accounts
7. Housing Assignments
8. Grievance Mechanism
9. Institutional Physical Conditions
10. Institutional Regulations
11. Job Assignments
12. Legal Services
13. Mail
14. Medical/Dental/Mental Health Services
a. Access to Health Care Services
b. Quality of Health Care
c. Unfair or Discriminatory Treatment
d. Safety or Sanitation
15. Personal Property
16. Permission to Marry
17. Recreation
18. Religious Services
19. Telephone Calls
20. Treatment Program Assignments
21. Trips away from the facility
22. Visiting

DUE DATES
8-7-18

Informal Resolution

Grievance Committee

Warden Administrative Review

Notes/ETC.
**FORWARD TO:**
**Scott Jordan**
**(PREA)**

Grievant has received his free copy of this grievance on this _____ day of _____

Grievant's Signature _____

Grievance Aide's Signature _____

Rev. /2006

Attachment II
CPP 14.6

## DEPARTMENT OF CORRECTIONS
## INMATE GRIEVANCE FORM

NAME: Jared Andrews
INSTITUTIONAL NUMBER: #290943
UNIT/HOUSING ASSIGNMENT: RHU

INSTITUTION: L.L.C.C.
GRIEVANCE NUMBER: 18-660
DATE RECEIVED: 7/17/2018

**BRIEF STATEMENT OF THE PROBLEM**: On 7/13/18 I was takeing a shower and an Officer came to my window and video tapped me while I was in the shower completely naked. My privacy was violated I feel like the Officers were laughing at my private aeras. I filled a Prea on the phone also with a Prea on the phone also with a prea investagiator here at LLCC.

**ACTION REQUESTED**: For my safty and well being I ask that the proper procedure is followed regarding all Officers involved.

_[signature]_   7-17-18
GRIEVANT'S SIGNATURE      DATE

_[signature]_   7-17-18
GRIEVANCE AIDE'S SIGNATURE / DATE

---

### INFORMAL RESOLUTION STAGE

_____
_____
_____
_____

STAFF SIGNATURE      DATE      GRIEVANCE AIDE'S SIGNATURE / DATE

I am _____ or am not _____ satisfied with this informal resolution to my grievance. (You have 5 working days to forward this form to the Grievance Coordinator to request a hearing.)

_____           _____
GRIEVANT'S SIGNATURE                                    DATE

18-660

SPECIAL SERVICES
JUL 17 2018
LLCC

# INMATE GRIEVANCE OFFICE
LUTHER LUCKETT CORRECTIONAL COMPLEX
P.O. BOX 6, LaGrange, KY. 40031-0006

## GRIEVANCE INFORMATION FORM

**Please Print**

NAME: Jared Andreiss / Andrews   NUMBER: 290943   DORM: 209A   WING: RHU

**STATEMENT OF PROBLEM:**

On 7-13-18 I was takeing a shower and An officer came to my window and video tapped me while I was in the shower compleetly naked. My Privacy was violated I Feel like the officers were laughing at my Private aeras. I Filed a Prea on the phone also with a Prea investagiator here at LLCC.

Highlighted Needs to be Removed on NG#11

PREA
OK#3
7-17-18
(DM)

**ACTION REQUESTED:**

For my Safty and well being I ask that I be relocated to another Facility and that the proper prochure is followed regarding all officers involved.

GRIEVANT'S SIGNATURE: Jared Andrews

DATE RECEIVED: _____

GRIEVANCE AIDES SIGNATURE: _____

Forward To Warden Jordan

☐ Check here if grievance is Medical/ Dental/ Mental Health.

Grievance Aides Allowed Access:
___ YES   ___ NO
INMATE MUST INITIAL

Rev. 3/2006

Attachment III General
CPP 14.6

## GRIEVANCE COMMITTEE

FINDINGS AND RECOMMENDATIONS          DATE _____

~~Direct Appeal To Warden~~

( ) I AM SATISFIED WITH THE RECOMMENDATION COMMITTEE MEMBERS:
OF THE GRIEVANCE COMMITTEE

( ) I WISH TO APPEAL THIS RECOMMENDATION TO
THE WARDEN. (You have 3 working days to
forward this form to the Warden.)

_____
CHAIRPERSON

GRIEVANT'S SIGNATURE / DATE

### WARDEN'S REVIEW

REVIEW AND DECISION          DATE OF DECISION  7/17/18

Attached

( ) I AM SATISFIED WITH THIS DECISION.

( ) I WISH TO APPEAL THIS DECISION TO THE COMMISSIONER.
(You have 3 working days to forward this form to the Grievance Coordinator for the Ombudsman.)

GRIEVANT'S SIGNATURE / DATE          WARDEN'S SIGNATURE