# FORM A

**CIVIL RIGHTS COMPLAINT TO BE USED BY A *PRO SE* PRISONER**
**UNDER 42 U.S.C. § 1983 or**
**UNDER *BIVENS V. SIX UNKNOWN FED. NARCOTICS AGENTS***

Rev. 10/10

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**

FILED US DISTRICT COURT CLERK WESTERN DISTRICT OF KY 18 OCT 18 PM 4:06

*Amended

Jared Andrews

(Full name of the Plaintiff(s) in this action)

v.

CIVIL ACTION NO. 3:18cv P606-DJH
(To be supplied by the clerk)

Scott Jordan, et al

(Full name of the Defendant(s) in this action)

(✓) DEMAND FOR JURY TRIAL

( ) NO JURY TRIAL DEMAND
(Check only one)

## I. PARTIES

**(A) Plaintiff(s).** Place the full name of the Plaintiff in the first blank below, his/her place of confinement, address, and status. Repeat this procedure for each additional Plaintiff named, if any.

(1) Name of Plaintiff: Jared Andrews

Place of Confinement: Northpoint Training Center

Address: Po Box 479 Burgin, Ky 40310

Status of Plaintiff: CONVICTED (✓) PRETRIAL DETAINEE ( )

(2) Name of Plaintiff: ______

Place of Confinement: ______

Address: ____________________

Status of Plaintiff: CONVICTED (___) PRETRIAL DETAINEE (___)

(3) Name of Plaintiff: ____________________

Place of Confinement: ____________________

Address: ____________________

Status of Plaintiff: CONVICTED (___) PRETRIAL DETAINEE (___)

**(B) Defendant(s)**. Place the full name of the Defendant in the first blank below, his/her official position title in the second blank, and his/her place of employment in the third blank. Mark the capacity in which the Defendant is being sued. Repeat this procedure for each additional Defendant named, if any.

(1) Defendant Scott Jordan, et al is employed as Warden at ____________________.

The Defendant is being sued in his/her (✓) individual and/or (✓) official capacity.

(2) Defendant ____________________ is employed as ____________________ at ____________________.

The Defendant is being sued in his/her (___) individual and/or (___) official capacity.

(3) Defendant ____________________ is employed as ____________________ at ____________________.

The Defendant is being sued in his/her (___) individual and/or (___) official capacity.

(4) Defendant ____________________ is employed as ____________________ at ____________________.

The Defendant is being sued in his/her (___) individual and/or (___) official capacity.

(5) Defendant ________________________________ is employed as ______________________ at ______________________________.

The Defendant is being sued in his/her (___) individual and/or (___) official capacity.

## II. PREVIOUS LAWSUITS

(A) Have you begun other lawsuits in State or Federal court dealing with the same facts involved in this action? YES (___) NO (✓)

(B) If your answer to "A" is YES, describe the lawsuit in the spaces below. If there is more than one lawsuit, you must describe the additional lawsuits on another sheet of paper, using the same outline.

Parties to the previous lawsuit:

Plaintiff(s): ______________________

______________________

Defendant(s): ______________________

______________________

Court (if federal court, name the district. If state court, name the county):

______________________________________________

Docket number: ______________________________________

Name of judge to whom the case was assigned: ______________________

Type of case (for example, habeas corpus or civil rights action):____________

Disposition (for example, Was the case dismissed? Is it still pending? Is it on appeal?):

______________________________________________

Approximate date of filing lawsuit: ______________________________

Approximate date of disposition: ________________________________

## III. STATEMENT OF CLAIM(S)

State here the FACTS of your case. State how you believe your constitutional rights were violated. Describe how each Defendant violated your rights. And set forth the dates on which each event took place. Do not make legal arguments or cite cases or statutes. However, identify the constitutional right(s) you allege was/were violated. If you intend to assert multiple claims, number and set forth each claim in separate paragraphs.

While confined at Luther Luckett I was taking a shower. During the course of my shower two correctional officers were videotaping me. They were making fun of my genital area and made me feel uncomfortable. After the incident I had reported it to the higher authority and went through the grievance mechanism in accordance with the Prison Litigation Reform Act. To this present day nothing has been done about the situation and the commissioner with the Dept. of Corrections stated they videotaped me in the shower. I have been having low self esteem and in which has messed with my mind.

**III. STATEMENT OF CLAIM(S) continued**

## IV. RELIEF

State exactly what you want the Court to do for you. (If you seek relief which affects the fact or duration of your imprisonment (for example: release from illegal detention, restoration of good time, expungement of records, release on parole), you must also file your claim under 28 U.S.C. §§ 2241, 2254 or 2255.) The Plaintiff(s) want(s) the Court to:

✓ award money damages in the amount of $ 2,500.00

✓ grant injunctive relief by paying all fee's of the civil action and remand from their job

✓ award punitive damages in the amount of $ 2,500.00

____ other: ____________________

## V. DECLARATION UNDER PENALTY OF PERJURY
**(each Plaintiff must sign for him/herself)**

I, the undersigned, declare under penalty of perjury that the information contained in this document is true and correct.

This 15th day of October, 2018

[signature]
(Signature of Plaintiff)

____________________
(Signature of additional Plaintiff)

____________________
(Signature of additional Plaintiff)

I hereby certify that a copy of this complaint was delivered to the prisoner mail system for mailing on ____________________.

____________________
(Signature)

rm #3
rthpoint Training Center
Box 479
orgin, ky 40310

18 OCT 18 PM 4:06

Western District Clerk
Attn: Vanessa L. Armstrong
Gene Snyder US Courthouse
601 W Broadway, Rm 106
Louisville, Ky 40202

Northpoint Training Center
OCT 16 2018
Processed
Legal Mail

RECEIVED
OCT 15 2018
Northpoint Training Center
Legal Library